AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fitzsimmons, Holly B. | U.S.D.C., Connecticut | 05/08/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (full-time) | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 <br> to <br> 12/31/2012 |

**7. Chambers or Office Address**

U.S.District Court
915 Lafayette Blvd
Bridgeport, CT 06604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Bulletin Editor | Federal Magistrate Judges Association |
| 2. Executor | estates |
| 3. President | Raymond E. Baldwin Inn of Court |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzsimmons, Holly B. | 05/08/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. annual | self-employment as a writer; royalties on previously published works |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Practicing Law Institute (PLI) | 5/21/2012 | New York City | teach at CLE for attorneys | transportation, meals, hotel |
| 2. | ExecuSummitt LLC | 10/2/2012 | Uncasville, CT | Panel discussion re emotional distress damages in employment litig. | mileage |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fitzsimmons, Holly B.** | 05/08/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Group of former law clerks | Judicial Robe to commemorate anniversary on bench | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzsimmons, Holly B. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ATT common stock | A | Dividend | J | T | | | | | |
| 2. FLR common stock | A | Dividend | J | T | | | | | |
| 3. WGO common stock | A | Dividend | J | T | | | | | |
| 4. WBS common stock | A | Dividend | J | T | | | | | |
| 5. TD Bank North account | A | Interest | L | T | | | | | |
| 6. Citizens Bank acct | A | Interest | J | T | | | | | |
| 7. Emigrant Direct savings acct (Y) | | | | | | | | | |
| 8. Newtown Savings Bank accts (checking and savings) | A | Interest | K | T | | | | | |
| 9. Rental units | E | Rent | M | W | | | | | |
| 10. Ameriprise One acct (lines 11-12) | | | | | | | | | |
| 11. --ATT common stock | D | Dividend | M | T | | | | | |
| 12. --Ameriprise Insured Money Market fund | A | Interest | J | T | | | | | |
| 13. Roth IRAs, in Ameriprise Insured MM Accts | A | Interest | L | T | | | | | |
| 14. RiverSource Life Ins. Co. (lines 15-16) | | | | | | | | | |
| 15. --RVS Retirement Advantage Plus VA, VP mod aggressive | | None | M | T | | | | | |
| 16. -- IRAs (same type as line 15) | | None | L | T | | | | | |
| 17. Naugatuck Valley S&L checking acct | A | Interest | | | Closed | 8/4/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzsimmons, Holly B. | 05/08/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. As previously indicated, the only remaining assets of the  estates are U.S. savings bonds. The total interest income generated annually does not reach the reporting threshold; the aggregate value is J, but no individual bond has a value that reaches the reporting threshold.

Part V. I do not know specifically which of my clerks contributed to this gift, or how much they paid, either individually or for the robe. It was presented as a group gift.

Part VII      The listing of assets held through various Ameriprise entities (lines 10 through 16 ) has been organized under two headings, the Ameriprise One account (lines 10-12); and RiverSource Life Insurance Company (lines 14-16). The two Roth IRAs listed on line 13 are in an Ameriprise Brokerage account.

Lines 12 and 13   These AIMMA funds are held by Ameriprise at American Express Centurion Bank and at Amex Bank, NY Community Bank, Capital One Bank, Ameriprise Bank and SunTrust. I have no input into where the funds are deposited.

Lines 15 and 16.  These are variable annuities which do not generate "income" but increase (or decrease) in value depending on investment performance. Both the annuity listed on Line 15 and the two IRA annuities listed on Line 16 increased in value in 2012; the gain in value for the former was D; for the latter combined, also D.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Holly B. Fitzsimmons**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544